(104 So. 922)

Sarah JACKSON v. STATE. (4 Div. 77.) (Court of Appeals of Alabama. May 26, 1925.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. Carrying concealed pistol.

RICE, J. The defendant was convicted of carrying a concealed pistol, and appeals on the record proper, without bill of exceptions. There being no error apparent, the judgment is affirmed.

(102 So. 922)

JAGGER COAL CO. v. Henry LIGE et al. (6 Div. 383.) (Court of Appeals of Alabama. Nov. 27, 1924.) Appeal from Circuit Court, Jefferson County; John Denson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.⁻ See, also, 211 Ala. 11, 99 So. 99.

(102 So. 922)

Jesse JAMES v. STATE. (6 Div. 714.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Manslaughter, second degree.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(104 So. 922)

Dozier JENNETT v. STATE. (4 Div. 51.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

BRICKEN, P. J. From a judgment of conviction for the offense of vagrancy, defendant appealed. The cause is submitted upon the record proper, there being no bill of exceptions. The record is regular in all respects, and free of error; therefore the judgment of the circuit court is affirmed. Affirmed.

(103 So. 924)

Mack JEWELL v. STATE. (6 Div. 785.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Jefferson County; Charles P. Almon, Judge. Manslaughter, first degree.

SAMFORD, J. Appeal dismissed on motion of appellant.

(101 So. 923)

BRICKEN, P. J. Appeal dismissed.

(101 So. 924)

Andrew Lewis JOHNSON v. STATE. (4 Div. 13.) (Court of Appeals of Alabama. Nov. 11, 1924.) Appeal from Circuit Court, Geneva County; H. A. Pearce, Judge.

BRICKEN, P. J. By a general verdict of the jury this appellant, defendant in the court below, was convicted under an indictment containing two counts. The first count, in proper form and substance, charged him with the unlawful possession of a still to be used for the purpose of manufacturing prohibited liquors or beverages. Count 2 of the indictment charged him with distilling, making, or manufacturing alcoholic or spirituous liquors. The court imposed an indeterminate term of imprisonment in the penitentiary of not less than two years, nor more than four years. From the judgment of conviction, this appeal was taken. The submission of this case in this court is upon the record proper, there being no bill of exceptions. We have examined the record, and find it regular and without error. The judgment appealed from will stand affirmed. Affirmed.

(102 So. 922)

G. B. JOHNSON v. STATE. (6 Div. 546.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Fayette County; R. L. Blanton, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed on motion of Attorney General.

(102 So. 922)

Emily JOHNSON v. STATE. (6 Div. 600.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Jefferson County; Dan H. Traywick, Special Judge.

BRICKEN, P. J. The indictment against this defendant charged her with the offense of assault with intent to murder upon one Ossieola Hall. This indictment comprehended and included the lesser offense of assault and battery, and upon the trial of this case in the court below the jury returned a verdict finding her guilty of an assault and battery, and assessed a fine against her of $100, to which the court added six months' hard labor for the county. From this judgment she appealed. The appeal here is upon the record only, and, as there is no error apparent thereon, the judgment of the lower court must stand affirmed. Affirmed.